UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

WALLNER ALFREDO CARRERAS,

                                               Plaintiff,                        **19-CV-4474 (SN)**

                     -against-                                 **ORDER**

COMMISSIONER OF SOCIAL SECURITY,

                                           Defendant.

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       The Court's August 21, 2019 scheduling order, ECF No. 19, directed Plaintiff to file an opposition to Defendant's motion for judgment on the pleadings by December 16, 2019. Plaintiff did not file an opposition. No later than December 30, 2019, Plaintiff shall file an opposition, if any, or request an extension of time to do so. If Plaintiff neither files an opposition nor requests an extension of time, the Court will deem Defendant's motion for judgment on the pleadings fully briefed and ready for judicial resolution.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     December 19, 2019
                New York, New York

cc:        Wallner Alfredo Carreras (*by Chambers*)
            975 Simpson Street
            Apt. 6-J
            Bronx, NY 10459
            (347) 713-9506