UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

WALLNER ALFREDO CARRERAS,

         Plaintiff,        19-CV-4474 (SN)

     -against-            **ORDER**

COMMISSIONER OF SOCIAL SECURITY,

         Defendant.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

  The Court's December 26, 2019 Order, ECF No. 27, granted Plaintiff an extension of time until February 28, 2020, to file an opposition to Defendant's motion for judgment on the pleadings. Plaintiff did not file an opposition or request an extension of time to do so. Plaintiff shall file his opposition no later than March 17, 2020. If Plaintiff neither files an opposition nor requests an extension of time by that date, the Court will deem Defendant's motion for judgment on the pleadings fully briefed and ready for judicial resolution.

**SO ORDERED.**

                _____
                SARAH NETBURN
                United States Magistrate Judge

DATED:  March 4, 2020
       New York, New York

cc:   Wallner Alfredo Carreras (*by Chambers*)
    975 Simpson Street
    Apt. 6-J
    Bronx, NY 10459
    (347) 713-9506