**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __ 4/13/2020 __

WALLNER ALFREDO CARRERAS,

                                        **Plaintiff,**

                -against-

COMMISSIONER OF SOCIAL SECURITY,

                                        **Defendant.**

-------------------------------------------------------------------X

                                        **19-CV-4474 (SN)**

                                        **ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

        The Court's March 4, 2020 Order, ECF No. 28, directed Plaintiff to file an opposition to

Defendant's motion for judgment on the pleadings or request an extension of time to do so by

March 17, 2020, or the Court would deem Defendant's motion fully briefed. Plaintiff has not

filed an opposition or requested an extension. Accordingly, Defendant's motion for judgment on

the pleadings is fully briefed and ready for judicial resolution.

**SO ORDERED.**

                                        _____
                                        SARAH NETBURN
                                        United States Magistrate Judge

DATED:        April 13, 2020
              New York, New York


cc:           Wallner Alfredo Carreras (*by Chambers*)
              975 Simpson Street
              Apt. 6-J
              Bronx, NY 10459
              (347) 713-9506