**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
**WALLNER ALFREDO CARRERAS,**

                              Plaintiff,                            19 **CIVIL** 4474 (SN)

       -against-                                  **JUDGMENT**

**ANDREW M. SAUL,**

                            Defendant.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**   That for the reasons

set forth in the Court's Opinion and Order dated August 10, 2020, the Commissioner's motion is

denied and the case is remanded to the Commissioner for further development of the record;

accordingly, this case is closed.

**Dated:**  New York, New York
          August 11, 2020

                                    **RUBY J. KRAJICK**
                           _____
                              **Clerk of Court**
                 **BY:**
                              **Deputy Clerk**